# NEW CRIMINAL CASE COVER SHEET

**U. S. DISTRICT COURT**

*(To be used for **all** new Bills of Indictments and Bills of Information)*

**CASE SEALED:** ( ) Yes (X) No  **DOCKET NUMBER:** 3:12cr68-RJC

*(If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : US vs. (1) JONATHAN D. DAVEY
(2) JEFFREY M. TOFT
(3) CHAD A. SLOAT
(4) MICHAEL J. MURPHY

**COUNTY OF OFFENSE** : MECKLENBURG COUNTY

**RELATED CASE INFORMATION** : (see below)

| | | |
|---|---|---|
| *Magistrate Judge Case Number* | : | _____ |
| *Search Warrant Case Number* | : | _____ |
| *Miscellaneous Case Number* | : | _____ |
| *Rule 20b* | : | _____ |

**SERVICE OF PROCESS -** ___*SUMMONS AND WARRANTS*___

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight)*: ☐ Petty ☐ Misdemeanor X Felony

Title 18 U.S.C. Section 371

**JUVENILE** : ☐ Yes X No

**ASSISTANT U. S. ATTORNEY** : KURT W. MEYERS

**VICTIM / WITNESS COORDINATORS** : shirley.rutledge@usdoj.gov /ulricia.kennedy@usdoj.gov

**INTERPRETER NEEDED:** _____

**LIST LANGUAGE AND/OR DIALECT:** _____

**REMARKS AND SPECIAL INSTRUCTIONS:**

### *CASE RELATED TO: SALAZAR – 3:10CR244-RJC*