IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 3:12-CR-68 |
| | ) | |
| JONATHAN DAVEY | ) | |
|     Defendant. | ) | |

**DEFENDANT'S OBJECTIONS TO GOVERNMENT'S EXHIBITS**

NOW COMES JONATHAN DAVEY, by and through Dianne Jones McVay, Attorney for Defendant, in the above entitled and numbered cause, and files the following objections to the Government's exhibits:

| Exhibit | Rules of Evidence |
|---|---|
| Exhibit #24<br>Exhibit #24a | Rules 402 and 403. The Government should only be able to use these for impeachment purposes. |
| Exhibit #55 | Rules 402 and 403. These companies are not part of the indictment. The admission of this document could confuse the jury and its probative value is outweighed by its prejudicial value. |
| Exhibit #160 | Rules 402 and 403. Mr. Davey did not enter into a contractual agreement with this individual and any such agreement between him and Mr. Toft is irrelevant. |

                                           Respectfully submitted,

                                           /s/Dianne Jones McVay
                                           Dianne Jones McVay
                                           Attorney for Defendant
                                           NC State Bar #41778
                                           8301 University Executive Park Drive, Suite 170
                                           Charlotte, North Carolina 28262
                                           (704) 595-1741 Telephone
                                           (704) 595-9141 Facsimile

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on the following individuals by electronic filing:

Kurt Meyers
Kurt.Meyer@usdoj.gov

Mark Odulio
Mark.odulio@usdoj.gov

This the 25th day of January, 2013

    /s/Dianne Jones McVay
    Dianne Jones McVay
    Attorney for Defendant
    NC State Bar #41778
    8301 University Executive Park Drive, Suite 170
    Charlotte, North Carolina 28262
    (704) 595-1741 Telephone
    (704) 595-9141 Facsimile