IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cr-68

FILED
CHARLOTTE, NC

FEB 08 2013

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES OF AMERICA )
)
)
vs. ) VERDICT FORM
)
)
JONATHAN D. DAVEY )
)

1. As to Count One, charging the Defendant with conspiracy to commit securities fraud, in violation of Title 18, United States Code, Section 371, we, the jury, unanimously find the Defendant:

    Guilty: __X__    Not Guilty: _____

2. As to Count Two, charging the Defendant with conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, we, the jury, unanimously find the Defendant:

    Guilty: __X__    Not Guilty: _____

Final 1.0 Page 1

3. As to Count Three, charging the Defendant with conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h), we, the jury, unanimously find the Defendant:

Guilty: __X__   Not Guilty: _____

4. As to Count Four, charging the Defendant with tax evasion, in violation of Title 26, United States Code, Section 7201, we, the jury, unanimously find the Defendant:

Guilty: __X__   Not Guilty: _____

Signed: _____
FOREPERSON

Dated: 2-8-2013