IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CR-00068-RJC-DSC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| JONATHAN D. DAVEY (1) | ) |
| | ) |

**THIS MATTER** is before the Court upon motion of the defendant, (Doc. No. 312), for reconsideration of the denial without prejudice of his motion for compassionate release based on the COVID-19 pandemic under 18 U.S.C. § 3582(c)(1)(A), or home confinement under the Coronavirus Aid, Relief, and Economic Security (CARES) Act of 2020, (Doc. No. 310: Order).

The defendant still has not shown that he has satisfied the exhaustion requirement § 3582(c)(1)(A), or that the Court has authority to order his placement in home confinement under 18 U.S.C. § 3624(c)(2).

**IT IS, THEREFORE, ORDERED** that the defendant's motion for reconsideration, (Doc. No. 312) is **DENIED**. The defendant is advised that he must file any notice of appeal within 14 days after the entry of the order being appealed. Fed. R. App. P. 4(b)(1)(A)(i).

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: August 5, 2020

Robert J. Conrad, Jr.
United States District Judge